NO. 07-03-0225-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 12, 2003

_____

IN THE MATTER OF J.R.

_____

FROM THE 279TH DISTRICT COURT OF JEFFERSON COUNTY;

NO. F-9238-J; HONORABLE TOM MULVANEY, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant's motion to dismiss his appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is also signed by appellee. No decision of this Court having been delivered to date, we grant the motion. No motion for rehearing will be entertained and our mandate will issue forthwith.

Accordingly, the appeal is dismissed.

Don H. Reavis
Justice